(COB #215 voreliefstay)(12/05)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado**,
HONORABLE Sidney B. Brooks

In re:

Richard Allen Harvey

Debtor(s)

Case No.:   09−12349−SBB
Chapter:    13

SSN/TID Nos.   xxx−xx−3378

## ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

A motion for relief from stay, Document No.23 ,("Motion"), has been filed in the above captioned case by Washington Mutual Bank, F.A. ("Movant").  Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

ORDERED that relief from stay is GRANTED to the Movant to exercise its rights and remedies under state law regarding the following described property:

3059 Austin Court, Grand Junction, Colorado 81504

IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  5/8/09

BY THE COURT:
s/ Sidney B. Brooks
United States Bankruptcy Judge